People of the State of Illinois ex rel. Rose Cesek, Plaintiff-Appellee, v. Marko Pokrajac, Defendant-Appellant.

Gen. No. 47,447.

First District, Third Division.
April 30, 1959.
Released for publication June 22, 1959.

Branko M. Steiner, for defendant-appellant; Benjamin S. Adamowski, State's Attorney (Francis X. Riley, Edward J. Hladis, Assistant State's Attorneys, of counsel) for plaintiff-appellee. Opinion by JUSTICE BRYANT. Not to be published in full.